# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LISA RYAN MURPHY, ADC # 135137                       PETITIONER

v.             **Case No. 5:13-CV-00117   JLH-JTK**

RAY HOBBS, Director, Arkansas Department of Correction        RESPONDENT

## ORDER

Pending before the Court is Petitioner's Motion for Leave to Conduct Discovery (Doc. No. 9). The issues are not complex, and there does not appear to be good cause for discovery. The motion is hereby denied. If at any time the Court determines that discovery is warranted, it will reconsider the motion.

SO ORDERED this 9th day of September, 2013.

_____
United States Magistrate Judge