IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| LISA RYAN MURPHY, ) | |
| ADC # 760343 ) | |
|    Petitioner, ) | **Case No. 5:13-CV-00117 JLH-JTK** |
| ) | |
| v. ) | |
| ) | |
| RAY HOBBS, Director, Arkansas ) | |
| Department of Correction ) | |
|    Respondent. ) | |

# FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 16th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE